1430807

AO 442 (Rev. 10/03) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
JAN 04 2008
District of Rhode Island

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

LUIS M. SANCHEZ
DOB 1983 - Providence, RI

## WARRANT FOR ARREST

Case Number: 1:08-MJ-03M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Luis M. Sanchez
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

knowingly and intentionally possess cocaine base with the intent to distribute

in violation of Title 21 United States Code, Section(s) 841(a)(1)

| | |
|---|---|
| DAVID L. MARTIN | David L. Martin |
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | 1-4-08 Providence, RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at USMS Office upon surrendering

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/04/2008 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 01/09/2008 | | |