IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 08 205 |
| | ) | |
| | ) | In violation of: |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B); 18 U.S.C. § 922; |
| | ) | 18 U.S.C. § 924(c) |
| LUIS M. SANCHEZ | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about December 7, 2007, in the District of Rhode Island, the defendant, LUIS M. SANCHEZ, did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

COUNT II

On or about December 7, 2007, in the District of Rhode Island, the defendant, LUIS M. SANCHEZ, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Glock, Model 19, 9mm handgun, serial number EYM235, in violation of 18 U.S.C. § 922(g)(1).

COUNT III

On or about December 7, 2007, in the District of Rhode Island, the defendant, LUIS M. SANCHEZ, did knowingly possess a firearm, to wit, a Glock, Model 19, 9mm handgun, serial number EYM235, in furtherance of the drug trafficking crime alleged in Count I of the indictment, in violation of 18 U.S.C. § 924(c).

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Stephen G. Dambruch
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: March 5, 2008