ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

DEFENDANT LUIS M. SANCHEZ

---

**Count I**: 21 USC §§ 841(a)(1) and (b)(1)(B) - Knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II CS
PENALTIES: 5 to 40 years imprisonment; $2,000,000 fine; at least 4 years to life supervised release; $100 mandatory special assessment.

**Count II**: 18 USC § 922(g)(1) - Felon in possession of a firearm.
PENALTIES: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special mandatory assessment.

**Count III**: 18 USC § 924(c) - Possession of a firearm, in furtherance of a drug trafficking crime.
PENALTIES: 5 years to life imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.