**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **1:08-CR-20** |
| | ) | |
| **LUIS SANCHEZ** | ) | |
| | ) | |

**MOTION TO WITHDRAW DISCOVERY**

Now comes the Defendant Luis Sanchez and hereby withdraws his motion for discovery and inspection filed on or about March 12, 2008 . In place thereof Defendant will forward a letter to U.S. Attorney Sandra Beckner requesting discovery.

Respectfully submitted,
Luis Sanchez,
By his Attorney,

______________________________

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121