**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR.NO. 08-20-01S |
| | ) | |
| LUIS SANCHEZ | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR BRADY M ATERIAL/POLICE SUVEILLANCE LOGS**

Now comes the defendant, Luis Sanchez, and moves for the production of the following material, particularly as it is favorable to him or as it affects the credibility of the government's case.

1. A summary of any and all law enforcement agents who conducted surveillance at the premises of 3 Flora Street, Providence, RI in the months of January 1, 2007 through and January 1, 2008 and who they believed they witnessed at that address during those time periods. As this evidence directly impacts on the issue of guilt or which affects the credibility of the government's case. This evidence must be produced pursuant to Brady vs. Maryland and United States. V. Agurs. 96S.CT.2392 (1976).

2. Other documents, or a summary and/or notes and/or any memory by any law enforcement personnel who witnessed any person during the government's surveillance including but not limited to the dates and times and people who were present at 3 Flora Street, Providence, RI in January 1, 2007 through January 1, 2008. Defendant requests this material pursuant to Brady and the Federal Rules of Criminal procedure 16(a)(1)(c).

Respectfully submitted,
Luis Sanchez
By his Attorney,

______________________
Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion was mailed postage prepaid to: Sandra Beckner, U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, R.I. 02903 on this ___ day in April 2008.

______________________________