**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR.NO. 08-20-01S |
| | ) | |
| LUIS SANCHEZ | ) | |
| | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF PRODUCTION OF POLICE SUVEILLANCE LOGS**

1. The defendant requests the Police surveillance logs as this evidence directly impacts on the issue of guilt or which affects the credibility of the government's case. This evidence must be produced pursuant to Brady vs. Maryland and United States. V. Agurs. 96S.CT.2392 (1976). and the Federal Rules of Criminal procedure 16(a)(1)(c).

Respectfully submitted,
Luis Sanchez
By his Attorney,

____________________________

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion was mailed postage prepaid to: Sandra Beckner, U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, R.I. 02903 on this ___ day in April 2008.

____________________________