**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR.NO. 08-20-01S |
| | ) | |
| LUIS SANCHEZ | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR BRADY M ATERIAL/POLICE SUVEILLANCE LOGS**

Now comes the defendant, Luis Sanchez, and moves for the production of the following material, particularly as it is favorable to him or as it affects the credibility of the government's case.

1. A summary of any and all law enforcement agents who conducted surveillance of Luis Sanchez in the months of January 1, 2007 through and January 1, 2008 and where they believed they witnessed him and with whom they saw him in the company of during those time periods.

2. Other documents, or a summary and/or notes and/or any memory by any law enforcement personnel who witnessed Luis Sanchez during the government's surveillance including but not limited to the dates and times and people who were with him and what location(s) in January 1, 2007 through January 1, 2008.

Respectfully submitted,
Luis Sanchez
By his Attorney,

________________________

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion was mailed postage prepaid to: Sandra Beckner, U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, R.I. 02903 on this ___ day in April 2008.

______________________