UNITED STATES DISTRICT



FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
vs. ) CR.NO. 08-20-01S
)
LUIS SANCHEZ )
)

**MOTION TO SUPPRESS EVIDENCE**

Now comes the defendant, Luis Sanchez, by and through his attorney, Terence Livingston, and hereby moves this Honorable Court to suppress the evidence seized at 3 Flora Street, Providence, RI and/or Luis Sanchez person or proximity on or about December 7, 2007.

1. Digital gram scale from kitchen.
2. Plastic bag containing 7.2g of crack cocaine.
3. Plastic bag containing crack cocaine 18.g
4. (2) digital scales and numerous plastic bags from bedroom 1
5. sifter from kitchen
6. Paperwork from bedroom 2 in the name of Luis Sanchez, including but not limited to social security card and birth certificate.
7. Large black duffel bag bedroom 1
8. glock gun case and gun Model 19, 9mm serial number eym235 and 2 loaded magazines from bedroom 1
9. United states passport in the name of Luis Sanchez bedroom 1
10. Cellular phone, wallet and $202.00 in cash
11. keys to a Dodge Durango

WHEREFORE, the defendant prays that the Court issue an order suppressing the



aforesaid evidence.

Respectfully submitted,
Luis Sanchez
By his Attorney,

______________________________

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within Motion was mailed postage prepaid to: Sandra Beckner, U.S. Attorney, U.S. Attorney's Office, Fleet Center 8th Floor, 50 Kennedy Plaza, Providence, RI 02903 on this the _____ day of April 2008

______________________________