**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR.NO. 08-20-01S |
| | ) | |
| LUIS SANCHEZ | ) | |
| | ) | |

**Defendant's Motion for Giglio Material**

Now comes the Defendant, Luis Sanchez, and hereby moves this honorable court for production of all evidence and/or information which reflects the credibility or reliability of any witness in which the state may call at trial including but not limited to any and all law enforcement officers involved in this investigation or any other witness.

Wherefore, the defendant requests that this honorable court grant defendants request for Giglio material.

Respectfully submitted,
Luis Sanchez
By his Attorney,

______________________
Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion was mailed postage prepaid to: Sandra Beckner, U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, R.I. 02903 on this ___ day in April 2008.