**UNITED STATES DISTRICT**
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR.NO. 08-20-01S |
| | ) | |
| LUIS SANCHEZ | ) | |
| | ) | |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF GIGLIO MATERIAL**

The defendant states that he is entitled to this information pursuant to Giglio vs. the United States, 405 U.S. 150 (1972).

Respectfully submitted,
Luis Sanchez
By his Attorney,

____________________________
Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within Motion was mailed postage prepaid to: Sandra Beckner, U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, R.I. 02903 on this ___ day in April 2008.

____________________________