**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR.NO. 08-20-01S |
| | ) | |
| LUIS SANCHEZ | ) | |
| | ) | |

**MOTION TO PROVIDE ALL SETTLEMENT IN ADVANCE OF TRIAL**

Now comes the defendant, Luis Sanchez, by and through his attorney, Terence Livingston, and hereby moves this Honorable Court to order the Government through their attorney to provide all statements of any witness including Grand Jury testimony in advance of Trial.

Respectfully submitted,
Luis Sanchez
By his Attorney,

__________________________

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within Motion was mailed postage prepaid to: Sandra Beckner, U.S. Attorney, U.S. Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903 on this the ____ day of April 2008

__________________________