**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR.NO. 08-20-01S |
| | ) | |
| LUIS SANCHEZ | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO PROVIDE ALL WITNESS STATEMENTS IN ADVANCE OF TRIAL**

**ARGUMENT**

THE LEGAL STANDARD

According to Federal Rules of Criminal Procedure 26.2:

(a) Motion for Production

After a witness other than the Defendant has testified on direct examination, the Court, on motion of a party who did not call the witness, shall order the Attorney for the Government or the Defendant and the Defendant's attorney, as the case may be, to produce, for the examination and use of the moving party, any statement of the witness that is in their possession and that relates to the subject matter concerning which the witness has testified.

(d) Recess for Examination of Statement

Upon delivery of the statement to the moving party, the Court, upon application of that party, may recess the proceedings so that counsel may examine the statement and prepare to use it in the proceedings.

It is clear form a reading of the applicable rule that the Government's attorney does not have to hand over the statementS until which time as the witness actually testifies, it is also clear that the Court may recess the proceedings to allow defense council time to prepare for cross examination.. The defendant is requesting that the statements including the Grand Jury testimony be provided in advance of Trial so that their will not be any undue delay in the proceedings and so that the Trial can proceed in an orderly fashion without delay and so that the defendant t can be prepared for Trial without undue surprise.

Wherefore the defendant moves that this Honorable order that the Government deliver to defense counsel all witness statements including Grand Jury testimony to the defendant's counsel in advance of Trial.

Respectfully submitted,
Luis Sanchez
By his Attorney.

______________________________

Terence Livingston, Esq.
681 Smith Street
Providence, RI 02903
(401) 861-8121

**CERTIFICATION**

I hereby certify that a true and accurate copy of the within Motion was mailed postage prepaid to: Sandra Beckner, U.S. Attorney, U.S. Attorney's Office, Fleet Center 8th Floor, 50 Kennedy Plaza, Providence, RI 02903 on this the ____ day of April 2008.

______________________________