EXHIBIT 2

STATE OF RHODE ISLAND & PROVIDENCE PLANTATIONS

SIXTH DIVISION DISTRICT COURT

J. Joseph Garraby Judicial Complex
One Dorrance Plaza
Providence, Rhode Island 02903
(401) 458-5400 Phone (401) 458-3190 Fax

Assistant Administrator
Lorraine A. Alfonso

## RECEPIT FOR SEARCH WARRANT

Date: 12/19/07

Received From: Pawtucket
Police Department

Det. Dennis Smith
Officer/Trooper

Search Warrant Complaint Re:

Luis Sanchez, alias alias John/Jane Doe

Clerk

## Return of Service

State Of Rhode Island and Providence Plantations

Providence Sc.

At Providence (place) 12-7-07 (date)

A.D. 2000, pursuant to the within warrant I have made search ~~during the daytime~~ ____ during the nighttime ____ as commanded and submit herewith a written inventory of property taken:

(Hydrolic lifts)

****** Hidden compartment located beneath third row seat ***********

I have also summoned Luis Sanchez, alias (DOB 1-24-83)

named in said Complaint , as commanded to appear before the Sixth Division of the District Court in Providence, R.I. at 9:30 o'clock in the forenoon, on 12-8 A.D. 2007.

I have also given to Luis Sanchez, alias

the person from whom- from whose premises said property was taken- a copy of the within warrant at- on the place from which said property was taken- I did not find the person from whose premises said property was taken but left a copy of said warrant at- on the place from which the property was taken.

Authorized Officer

# SEARCH WARRANT

| State Ex rel | City/Town Pawtucket, R.I. | County Providence |
|---|---|---|

| vs Respondent | To: |
|---|---|
| Roberto Rodriguez,alias,dob10/28/84 | An Officer authorized by law to execute the within warrant |

Complaint and affidavit having been made to me under oath, and as I am satisfied that there is probable cause for the belief therein set forth that grounds for issuing a search warrant exist, you are hereby commanded diligently to search the place or person herein described for the property specified and to bring such property or articles, and to summon the owner, or keeper thereof, if any be named in the complaint, if to be found by you, to appear before the District Court in the district where such property shall have been seized, namely the Sixth Division of the District Court of Rhode Island.

**Place or person to be searched: 1998 green Dodge Durango bearing Rhode Island Passenger Registration 756416 with VIN#1B4HS28Y5WF141006.**

**The person/property or articles to be searched for and/or seized is described as follows: A certain quantity of Cocaine, a certain quantity of drug paraphernalia used in the preparations for street sales, as well as any personal papers and/or documents.**

**Name of the Owner, keeper, thereof if known to the complainant: Roberto Rodriguez,alias,dob10/28/84**

24 hrs OK

Said warrant shall be served in the daytime - may be served in the nighttime - within seven (7) days from the issuance hereof, **AND IF NOT SERVED WITHIN SAID TIME TO BE RETURNED FORTHWITH TO A JUDGE SITTING IN THE ABOVE NAMED COURT.**

Property seized by you hereunder shall be safely kept by you under the direction of the Court so long as may be necessary for the purpose of being used as evidence in any case. As soon as may be thereafter, if the same be subject to forfeiture, such further proceedings shall be had thereon for forfeiture as is prescribed by law.

Hereof fail not and **MAKE TRUE RETURN PROMPTLY OF THIS WARRANT TO A JUDGE THERE SITTING** with your doings thereon, accompanied by written inventory of any property taken to a judge sitting in the above named court.

Issued at PROVIDENCE in the county of PROVIDENCE this 7TH day of December **A.D. 2007.**

[signature]

Judge of the District Court
Justice of the Supreme/Superior Court

**Acknowledgment Of Return**

Warrant received on 19TH day of December, A.D.2007, from Det. Dennis Smith at 6TH Division

[signature]

~~Judge~~ clerk

## State of Rhode Island and Providence Plantations
## Complaint To Search and Seize Property/or Person

To..........Joseph P. Ippolito, Jr. ..........~~Justice of the Supreme, Superior Court, or Judge~~ MAGISTRATE of the District Court of the State of Rhode Island

a)...Detective Dennis Smith.......................................................~~Chief, Deputy Chief, Captain, of Police, Sheriff, Deputy Sheriff of~~ Pawtucket Police Department........., ~~Member of the Division of State Police.~~

b)...... ..........................~~person authorized by law to bring complaints for violation of the law which is my responsibility to enforce/a person who has a right to possession of the property stolen, embezzled, or obtained by false pretenses:~~

**On oath complains that:**

(1) ~~Certain property has been stolen or embezzled, or obtained by false pretense, or pretenses, with intent to cheat or defraud within this state or elsewhere;~~

(2) Certain property has been kept, suffered to be kept, concealed, deposited, or possessed in violation of law for purposes of violating the law;

(3) ~~Certain property is designed or intended for use, or is or has been used in violation of law, or as a means of committing a violation of law~~

(4) That which is evidence in the commission of a crime;

and prays that a warrant to search and seize said property / person be issued and if the same be subject to forfeiture, that the property be forfeited.

The person/property or articles to be searched for and/or seized is described as follows: A certain quantity of Cocaine, a certain quantity of drug paraphernalia used in the preparations for street sales, as well as any monies derived from the illegal distribution of Cocaine, any personal papers and/or documents.

The Name of the owner or keeper, (if Known) is: Roberto Rodriguez,alias,dob10/28/84

The place or person to be searched is described as follows: 1998 Green Dodge Durango bearing Rhode Island Passenger Registration 756416 with VIN#1B4HS28Y5WF141006.

Your complainant prays that said warrant may be served in the nighttime for the reason that :
This activity usually takes place during the daytime/nighttime hours.

Subscribed and sworn to before me: Date: 12/7, 2007.

[signature]
~~Judge/Justice~~
Ippolito, M

[signature]
Complainant

# AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for a search warrant exist and state the following facts on which such belief is founded on the following affidavit.

***** PLEASE SEE ATTACHED AFFIDAVIT ******

12/7/07
Date

Det. [signature]
Affiant

Providence, Sc. In Providence, this 7TH day of December, 2007., before me personally came Det. Dennis Smith and made oath to the truth of the foregoing.

[signature]

Magistrate ~~Judge~~ of the District Court
~~Justice of the Supreme/Superior Court~~

Joseph P. Ippolito, Jr.

# AFFIDAVIT

Your affiant upon oath states that he has reason to believe and does believe that grounds for such warrant exist and states the following facts on which such belief is founded on the following affidavit.

I, Detective Dennis Smith, a member of the Pawtucket Police Department for the past ten years, 6 years with the Narcotics Unit, 4 or those years with the Drug Enforcement Administration as a Task Force Agent, under oath, depose and say:

Over the past year, Members of the Pawtucket Police Special Squad (SS), and the DEA has received information from confidential sources regarding a subject I/we have positively identified as Luis Droz, alias "RICKY" (DOB [redacted]) 307 Prospect Heights, Pawtucket Rhode Island. Information received was that Droz is involved in the distribution of large quantities of Cocaine. The Pawtucket Police SS, and DEA Task Force currently have open investigations on Droz who is extremely watchful of law enforcement and has avoided arrest in the past. Luis Droz, alias "RICKY" was intercepted on a DEA wire tap in the State of Connecticut during the months of January and February 2007. During the intercepted conversations, Droz was negotiating prices to purchase numerous kilos of cocaine. Also during one of the intercepted conversations Droz was negotiating the price to sell a kilo of heroin.

The Connecticut investigation concluded with the execution of court ordered search warrants and the arrests of involved targets. Immediately following the executed search warrants in CT., Droz fled the State of Rhode Island and responded to Puerto Rico for approximately 3 months believing he was wanted in reference to the CT investigation.

During the beginning stages of this investigation information and surveillance showed that Luis Droz, alias "RICKY" was the head of a cocaine trafficking organization involving the following individuals:

Abimalet Droz, alias (DOB [redacted]), who operates on a 1998 Dodge Durango bearing Rhode Island registration 727-400 and currently resides at 3 Flora Street Providence Rhode Island 2nd floor. Luis Sanchez, alias (DOB 1-24-83), operates a 1997 Ford Expedition bearing Rhode Island registration 726-946 and currently resides at 3 Flora Street 2nd floor Providence Rhode Island. Rafael Guzman, alias (DOB [redacted]), operates a 2001 Chrysler bearing Rhode Island registration FB-985, and a 1998 Dodge Durango bearing Rhode Island registration 756-416 and currently resides at 74 Leonard Jenard Dr. Pawtucket Rhode Island and Luis Droz who operates a 2005 Dodge Durango bearing Rhode Island registration 717-855 and 1997 Dodge mini-van bearing Rhode Island registration AJ-878 and currently reside at 307 Prospect Heights Pawtucket Rhode Island.

Information was received from several confidential sources that this organization utilizes the Dodge Durango SUV's for transportation of narcotics and or proceeds after having installed hidden compartments in the vehicles in order to conceal drugs and or monies from members of law enforcement.

Your affiant spoke with DEA Task Force Agent Fred Luce of Maine, who advised that during the month of September 2007 a motor vehicle stop of Rhode Island registration 756-416 a green Dodge Durango was conducted in the State of Maine. This motor vehicle stop resulted in the seizure of 2 kilograms of crack cocaine and the arrest of the registered owner. The above green Dodge Durango was later released into the custody of Rafael Guzman. Surveillance has revealed that this vehicle is now being utilized by members of this organization and is frequently seen parked at all times of the day and night at #3 Flora St., Providence. The Maine CS advised TFA Luce that Guzman is the main runner for Luis Droz. This information has also been supplied by several other Confidential Sources. All

confidential sources state that Rafael Guzman, at the direction of Luis Droz, would travel to New York every two weeks to pick up 10-15 kilos of cocaine, and return to Rhode Island.

In the early stages of this investigation information from two separate confidential sources advised Detectives that 36 Sterry St. was being utilized by Luis Droz, Abimalet Droz, Luis Sanchez and Rafael Guzman as a storage "STASH" place for their cocaine to avoid detection from the Police. During surveillance of 36 Sterry St. Pawtucket, members of DEA and Pawtucket Special Squad observed Luis Droz, Abimalet Droz, Luis Sanchez and Rafael Guzman respond and enter 36 Sterry St. numerous times during the daytime and nighttime hours stay for a short period of time then leave. On 9-28-07 Pawtucket Police were dispatched to 36 Sterry Street 1st floor for a "home invasion", where reportedly several males with hand guns entered and beat the male living on the first floor asking where's the coke" "we want the drugs". Through my training and experience it is known that high level drug dealers are priority targets of home invasions of this nature. Investigation revealed that within two weeks of the home invasion the organization had moved out of 36 Sterry St.

During the past 2 months members of DEA and Pawtucket Police Special Squad have received information from a CS that the organization had moved their "STASH" house into the city of Providence Rhode Island. Investigation revealed that the new "STASH" house was now located at #3 Flora Street Providence Rhode Island 2nd floor. Detectives conducted surveillance of #3 Flora Street Providence and have observed Luis Droz, Abimalet Droz, Luis Sanchez, and Rafael Guzman arrive at 3 Flora Street with the above mentioned vehicles and stay for minutes and then leave.

On or between 11-1-07 and 12-7-07, members of law enforcement met with a confidential source. The CS and vehicle was searched for any money and or contraband with none located. Members of law enforcement maintained surveillance of 307 Prospect Heights, 74 Leonard Jenard Dr. and 3 Flora St. The CS was instructed to contact Luis Droz, alias "RICKY" in order to purchase a quantity of cocaine. The CS made contact with "RICKY" who instructed the CS to respond to 74 Leonard Jenard dr. and meet with Guzman. The CS was provided with a quantity of Official Government funds, responded to and arrived at 74 Leonard Jenard Dr. and met with Guzman. In exchange for the OGF Guzman turned over a quantity of cocaine. The CS left the area and met with law enforcement and turned over the cocaine to TFA Smith. The CS and vehicle was again searched for any money and or contraband with none located. TFA Smith conducted a field test on a representative sample of the suspected cocaine, which showed a positive reaction for the presence of cocaine. Surveillance was maintained after the purchase of cocaine from Guzman. Guzman was observed leaving 74 Leonard Jenard Dr. and responding to 307 Prospect Heights.

Information was received that Guzman may be taking a trip to New York during first week of December to pick up a load of cocaine. On 12-7-07 surveillance was maintained on 74 Leonard Jenard Dr. and the 1998 Dodge Durango bearing Rhode Island registration 727-400. The vehicle left early morning of 12-7-07 and surveillance was maintained as it traveled to NY City. The vehicle stayed in NY City for approx. 90 minutes and appears to be operating Northbound on route 95 back to the State of Rhode Island. This is consistent with the information received from all aspects of this investigation to this date that Guzman would be returning to Rhode Island with a large quantity of cocaine and or money.

Luis Droz has been arrested 3 times, most notably: on 4/11/2002 Central Falls Police Manufacture Possession with intent to deliver heroin received 35 months SS/Prob. 1 month to serve, on 5/21/200 Central Falls for Manuf/Poss/Del Heroin which he received a five year suspended sentence;

Luis Sanchez has been arrested on 4-11-2002 Central Falls for poss. with intent del. Heroin received 4 years SS/Probation.

Based upon the aforementioned facts, your affiant has reason to believe and does believe that Luis Droz, Abimalet Droz, Luis Sanchez and Rafael Guzman is storing cocaine, proceeds and paperwork related to narcotics trafficking at 3 Flora Street, Providence Rhode Island 2nd floor, 74 Leonard Jenard Dr. Pawtucket RI, and 307 Prospect Heights Pawtucket RI. It is also believed that the three Dodge Durango's RI registration 717-855, 727-400 and 756-416 are being utilized with hidden compartments to store and traffick proceeds and illegal narcotics. It is for the reasons stated, I am requesting a search be granted for the residences and vehicles.

12/7/07
Date

[signature]
Affiant

PROVIDENCE Sc, In PROVIDENCE this

7TH day of December, 2007 before me personally came

Detective Dennis Smith and made oath to the truth of the foregoing.

[signature]
~~Judge~~/Magistrate of the District Court
~~Justice of the Supreme / Superior Court~~
IPPOLITO, M