IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 08-20S |
| | ) | |
| | ) | |
| LUIS M. SANCHEZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR GIGLIO MATERIAL

The government has fulfilled its obligations under Giglio v. United States, 405 U.S. 150 (1972). Should the government become aware of any Giglio material, the defense will be provided with a copy of such materials.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on April 29, 2008, a copy of the within "Government's Response to Defendant's Motion for Giglio Material" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Terence Livingston, Esq.
681 Smith Street
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj