IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 08-20S |
| | ) | |
| | ) | |
| LUIS M. SANCHEZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO PROVIDE ALL SETTLEMENT IN ADVANCE OF TRIAL

The government provided the defendant with statements of its witnesses on March 18, 2008 and March 21, 2008, over two months in advance of trial. To the extent the defendant seeks grand jury material, should the witness testifying before the grand jury be called as a witness in the trial of this matter, the government will provide the defendant with a copy of the grand jury transcript. However, at this time, the government does not anticipate calling the grand jury witness at trial.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on April 29, 2008, a copy of the within "Government's Response to Defendant's Motion to Provide All Settlement in Advance of Trial" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Terence Livingston, Esq.
681 Smith Street
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj