IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 08-20S |
| | ) | |
| LUIS M. SANCHEZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR BRADY MATERIAL/POLICE SURVEILLANCE LOGS

The defendant has filed a motion requesting notes, surveillance logs, and/or a summary of witness testimony pursuant to Brady v. Maryland, 373 U.S. 83 (1963). As a preliminary matter, the government has fulfilled its obligations under Brady. Furthermore, to the extent surveillance logs and notes of police surveillance of 3 Flora Street exist, they have already been provided. Thus, much of the defendant's request is moot.

However, to the extent the defendant seeks a summary of witness testimony, his request should be denied. The federal discovery rules do not require the government to draft a summary of what its witnesses will say or even to identify who it intends to call as witnesses, except in the case of expert witnesses. See Fed. R. Cr. P. 16; United States v. Reis, 788 F.2d 54, 58 (1st Cir. 1986); see also United States v. Edwards, 47 F.3d 841, 843 (7th Cir. 1995) ("It is well settled that the Constitution does not require pretrial disclosure of prosecution witnesses.").

In a letter dated March 18, 2008, along with providing a number of other materials, the government identified its expert witnesses and provided a summary of their expected testimony.[1] A copy of that letter and a discovery letter dated March 21, 2008 are attached as exhibits to this response. Based on the foregoing, the government respectfully submits that it has complied with its discovery obligations.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

[1]On March 21, 2008, the government also provided the defendant with a copy of Detective Patricia Cornell's report regarding her fingerprint analysis.

CERTIFICATION

I hereby certify that on April 29, 2008, a copy of the within "Government's Response to Defendant's Motion to Provide All Settlement in Advance of Trial" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Terence Livingston, Esq.
681 Smith Street
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
New York Bar
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj