**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

March 21, 2008

Mr. Terence E. Livingston
Attorney at Law
681 Smith Street
Providence, Rhode Island 02908

Re: *United States v. Luis M. Sanchez*

Dear Mr. Livingston:

Enclosed are Detective Patricia Cornell's report and the accompanying photographs, a copy of Detective Cornell's curriculum vitae, and a copy of frequently asked questions and answers regarding fingerprints.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

By: ___________________________
SANDRA R. BECKNER
Assistant United States Attorney

Enclosures